IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY ___ D.C.

05 JUL 20 PM 4:33

THOMAS M. GOULD
CLERK, US DISTRICT COURT
W/D OF TN MEMPHIS

UNITED STATES OF AMERICA,

VS.   NO. 04-20330-MaP

SHIRLEY FORD,

    Defendant.

---

ORDER GRANTING MOTION TO WITHDRAW AND
REFERRING MATTER TO MAGISTRATE JUDGE FOR APPOINTMENT OF COUNSEL

---

Before the court is the July 15, 2005, motion to withdraw filed by appointed counsel for the defendant, Shirley Ford. For good cause shown, the motion is granted and Howard B. Manis is allowed to withdraw from representing the defendant in this matter. The matter is referred to the magistrate judge for appointment of counsel for the defendant Shirley Ford pursuant to the Criminal Justice Act.

It is so ORDERED this 20th day of July, 2005.

                SAMUEL H. MAYS, JR.
                UNITED STATES DISTRICT JUDGE

# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 96 in case 2:04-CR-20330 was distributed by fax, mail, or direct printing on July 22, 2005 to the parties listed.

---

Michael Edwin Scholl
THE SCHOLL LAW FIRM
8 S. Third St.
Fourth Floor
Memphis, TN 38103--238

Lee Howard Gerald
LAW OFFICE OF LEE GERALD
8 S. Third St.
Fourth Floor
Memphis, TN 38103

Lorraine Craig
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Howard Brett Manis
BOROD & KRAMER
80 Monroe Ave.
Ste. G-1
Memphis, TN 38103

Honorable Samuel Mays
US DISTRICT COURT